USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GABOR STEIN,                                    :

            Plaintiff,              :      ORDER

    -against-                                  :      07 Civ. 2684 (LMM)(KNF)

UNITED STATES OF AMERICA,        :

            Defendant.            :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the defendant and plaintiff pro se on January 16, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.     all discovery, of whatever nature, shall be initiated so as to be completed on or before May 30, 2008;

2.     a telephonic status conference will be held with the parties on April 28, 2008, at 10:30 a.m. Counsel to the defendant shall initiate the telephonic conference on that date; and

3.     on or before June 30, 2008, the parties shall submit their joint pretrial order to the Court for its review. That document must conform with the requirements for such

an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
January 17, 2008

SO ORDERED:

*/s/ Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE