

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 30, 2008

**BY HAND**
The Honorable Lawrence M. McKenna
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1640
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

Re:   *Stein v. United States of America*, 07 Civ. 2684 (LMM)

Dear Judge McKenna:

I write respectfully to request a two-month extension of the parties' time to file the joint pre-trial order in the above-referenced case, from June 30, 2008 until August 30, 2008. The parties are currently engaged in settlement discussions, and, if possible, would like to avoid the expense of pre-trial preparations. Plaintiff has made a settlement demand on the Government and the Government is endeavoring to obtain the necessary approval from Washington to make a counteroffer. The extension is also requested because Government counsel is scheduled for a week long trial in *Akinyemi v. Chertoff*, 07 Civ. 4048 (AJP), starting on July 28, 2008.

Finally, the plaintiff, who is representing himself *pro se*, has not yet provided the Government with his portions of the pre-trial order. If settlement negotiations are not successful, the plaintiff will need a period of time to complete his portions of the pre-trial order, and the Government will likewise need time to complete its portions of the pre-trial order.

I have spoken with the plaintiff, and he has consented to this request for an extension. Thank you for your consideration of this request.

*Granted. So ordered.*
*LMM  7/7/08*

```
RECEIVED
IN CHAMBERS

JUL -1 2008

LAWRENCE M. McKENNA
USDJ    SDNY
```

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Attorney for Defendant United States of America

                    By:   _____
                              JOHN D. CLOPPER
                              Assistant United States Attorney
                              Telephone: (212) 637-2716
                              Facsimile: (212) 637-0033

cc:    BY MAIL
       Gabor Stein
       c/o Sandra Stein
       222 East 80th St., Apt. 5D
       New York, NY 10075

       Jay Genuth
       Bernard Katz & Company, P.C.
       1 Mayfair Road
       Eastchester, New York 10709